**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Case No. 14-cv-0003-WJM

SONJA REDDICK

    Plaintiff,

v.

SCHOOL DISTRICT NUMBER 1, in the City and County of Denver, a/k/a DENVER PUBLIC SCHOOLS,

    Defendant.

---

**ORDER OF RECUSAL**

---

This matter is before Court *sua sponte*.

Section 455(a) of Title 28 of the United States Code states that "Any justice, judge, or magistrate judge of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned." A trial judge must recuse himself when there is an appearance of bias, regardless of whether there is actual bias. *Nichols v. Alley*, 71 F.3d 347, 350 (10th Cir. 1995). The test is whether a reasonable person, knowing all the relevant facts, would harbor doubts about the judge's impartiality. *Hinman v. Rogers*, 831 F.2d 937, 939 (10th Cir. 1987).

Plaintiff in this case is represented by my former law firm, from which I departed in February 2011. On these facts, I find that a reasonable person would have an objective basis upon which to harbor doubts about my impartiality. As a result, recusal is required by 28 U.S.C. § 455(a), and I hereby recuse myself from this case.

Accordingly, it is hereby ORDERED that the Judge's file be returned to the Clerk's office in order for this case to be reassigned by random draw.

Dated this 7th day of January, 2014.

BY THE COURT:

_____
William J. Martínez
United States District Judge